Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MOHARRAM JAFARIAN, | **Case No. 2:17-cv-03132-APG-CWH** |
| Plaintiff, | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| vs. | |
| EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; PROFESSIONAL CREDIT SERVICES, INC.; SUN LOAN CO.; AND TRANS UNION, LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Moharram Jafarian has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 24, 2018 through and including **February 9, 2018**. Plaintiff and Equifax are engaged in settlement discussions. The additional time to respond to the Complaint will facilitate such discussions. This stipulation is filed in good faith and not intended to cause delay.

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Respectfully submitted this 19th day of January, 2018.

                              SNELL & WILMER LLP

By: /s/ *Bradley Austin*
     Bradley T. Austin, Esq.
     Nevada Bar No. 13064
     3883 Howard Hughes Pkwy, Suite 1100
     Las Vegas, NV 89169
     Email: baustin@swlaw.com

*Attorney for Defendant*
*Equifax Information Services LLC*

***No opposition***

/s/ *Miles Clark*
Miles N. Clark
Nevada Bar No. 13848
KNEPPER & CLARK, LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: miles.clark@knepper clark.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: January 22, 2018
          _____

4834-4817-1098

- 2 -