David J. Merrill
Nevada Bar No. 6060
David J. Merrill, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
E-mail: david@djmerrillpc.com
Attorney for Defendant CashCall, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MOHARRAM JAFARIAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CASHCALL, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; PROFESSIONAL CREDIT SERVICES, INC.; SUN LOAN CO.; and TRANS UNION, LLC,<br><br>　　　　Defendants. | 2:17-CV-03132-APG-(CWH)<br><br>*Stipulation and Order to Extend Time to File Response to the Complaint*<br>*(First Request)* |

In accordance with LR 7-1(a), the plaintiff, Moharram Jafarian, and defendant, CashCall, Inc., stipulate as follows:

1.　On December 29, 2017, Jafarian commenced the above-captioned action through the filing of a Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (ECF No. 1) in this Court. Jafarian served CashCall with the complaint on January 3, 2018. (ECF No. 5.) In accordance with Fed. R. Civ. P. 12(1)(a)(1) and 6(a)(1)(C), CashCall has up to and including January 24, 2018, to file a response to the Complaint.

2.　Due to delays caused by the holidays, counsel for CashCall requested, and counsel for Jafarian agreed, to grant CashCall an extension of time up to and including February 7, 2018, to file a response to the complaint.

1

3. This is the first stipulation for an extension of time to file a response to the complaint.

4. Accordingly, the parties stipulate that CashCall shall have up to and including February 7, 2018, to file a response to the complaint.

DATED this 22nd day of January 2018.

DAVID J. MERRILL, P.C.                    KNEPPER & CLARK, LLC

By: *David J. Merrill*                    By: */s/ Miles N. Clark*
    DAVID J. MERRILL                             MILES N. CLARK
    Nevada Bar No. 6060                           Nevada Bar No. 13848
    10161 Park Run Drive, Suite 150               10040 West Cheyenne Avenue,
    Las Vegas, Nevada 89145                       Suite 170-109
    (702) 566-1935                                Las Vegas, Nevada 89129
Attorney for Defendant CashCall, Inc.         (702) 825-6060
                                                      Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 23, 2018