WRIGHT, FINLAY & ZAK, LLP
Mark S. Blackman, Esq..
Nevada Bar No. 13664
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475- 3820; Fax: (702) 946-1345
mblackman@wrightlegal.net
*Attorneys for Defendant, Sun Loan Company of Nevada, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MOHARRAM JAFARIAN, | Case No.:  2:17-cv-03132-APG-CWH |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |
| vs. | |
| CASHCALL, INC. EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.; SUN LOAN CO.; AND TRANS UNION LLC; | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, Moharram Jafarian ("Plaintiff"), and Defendant, Sun Loan Company of Nevada, Inc. (erroneously served as Sun Loan Co.), (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On December 29, 2017, Plaintiff filed his Complaint [ECF No. 1]. Sun Loans was served with Plaintiff's Complaint on January 2, 2018. Presently, Sun Loans' responsive pleading is due by January 23, 2018. The Parties have discussed extending the deadline for Sun Loans to respond to the complaint.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Sun Loans to file its responsive pleading by two weeks to February 6, 2018..

///

///

///

///

This is the first stipulation for extension of time for Sun Loans to file its response to Plaintiff's Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 22nd day of January, 2018.
WRIGHT, FINLAY & ZAK, LLP

/s Mark S. Blackman
_____
Mark S. Blackman, Esq..
Nevada Bar No. 13664
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; 3820; Fax: (702) 946-1345
mblackman@wrightlegal.net
Attorneys for Defendant, Sun Loans

DATED this 22nd day of January, 2018.
KNEPPER & CLARK LLC

/s Miles N. Clark
_____
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Attorneys for Plaintiff, Moharram Jafarian

**IT IS SO ORDERED.**

DATED January 23, 2018

_____
U.S. MAGISTRATE JUDGE