David J. Merrill
Nevada Bar No. 6060
David J. Merrill, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
E-mail: david@djmerrillpc.com
Attorney for Defendant CashCall, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MOHARRAM JAFARIAN,<br><br>Plaintiff,<br><br>vs.<br><br>CASHCALL, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; PROFESSIONAL CREDIT SERVICES, INC.; SUN LOAN CO.; and TRANS UNION, LLC,<br><br>Defendants. | 2:17-CV-03132-APG-(CWH)<br><br>*Stipulation and Order to Extend Time to File Response to the Complaint*<br>*(Second Request)* |

In accordance with LR 7-1(a), the plaintiff, Moharram Jafarian, and defendant, CashCall, Inc., stipulate as follows:

1. On December 29, 2017, Jafarian commenced the above-captioned action through the filing of a Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (ECF No. 1) in this Court. Jafarian served CashCall with the complaint on January 3, 2018. (ECF No. 5.) In accordance with Fed. R. Civ. P. 12(1)(a)(1) and 6(a)(1)(C), CashCall had up to and including January 24, 2018, to file a response to the Complaint. On January 23, 2018, the Court entered a Stipulation and Order to Extend Time to File Response to the Complaint (ECF No. 15), which granted CashCall an extension until February 7, 2018.

2. CashCall and the plaintiff are engaged in settlement discussions.

1

3. Accordingly, the parties stipulate that CashCall shall have up to and including February 16, 2018, to file a response to the complaint.

DATED this 7th day of February 2018.

| DAVID J. MERRILL, P.C. | KNEPPER & CLARK, LLC |
|---|---|
| By: *David J. Merrill*<br>DAVID J. MERRILL<br>Nevada Bar No. 6060<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>(702) 566-1935<br>Attorney for Defendant CashCall, Inc. | By: */s/ Miles N. Clark*<br>MILES N. CLARK<br>Nevada Bar No. 13848<br>10040 West Cheyenne Avenue,<br>Suite 170-109<br>Las Vegas, Nevada 89129<br>(702) 825-6060<br>Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 9, 2018