Raleigh C. Thompson, NV Bar No. 11296
Ryan M. Lower, NV Bar No. 9108
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
rct@morrislawgroup.com
rml@morrislawgroup.com

Attorneys for Defendant
Professional Credit Services, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MOHARRAM JAFARIAN, | Case No. 2:17-cv-03132-APG-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| CASHCALL INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; PROFESSIONAL CREDIT SERVICES, INC.; SUN LOAN CO.; and TRANS UNION, LLC, | **(SECOND REQUEST)** |
| Defendants. | |

Pursuant to Local Rules IA 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), defendant Professional Credit Services ("Defendant") and plaintiff Moharram Jafarian ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

The parties have agreed to a second extension of the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1, filed on December 29, 2017) from February 15, 2018 to March 1, 2018.

. . .

Rule 6(b) requires the Court to approve an extension of time for Defendant to respond to a Complaint, and therefore the Parties collectively request the Court approve the agreement, as set forth below:

    a.    This is the Parties' second stipulation for an enlargement of time to respond to the Complaint;

    b.    The Parties stipulate and agree that the deadline for Defendant to file an answer or otherwise respond to Plaintiff's Complaint shall be extended to on or before March 1, 2018; and

    c.    The parties request this extension to give their counsel additional time to further their discussions and assessment of Plaintiff's claims before Defendant is required to respond to the Complaint. This stipulation is not made for purposes of delay.

By /s/ Raleigh C. Thompson
    Raleigh C. Thompson, (11296)
    Ryan M. Lower, NV Bar 9108
    MORRIS LAW GROUP
    411 E. Bonneville Ave., Suite 360
    Las Vegas, NV 89101

Attorneys for Defendant
Professional Credit Services, Inc.

By /s/ Miles N. Clark
    Matthew I. Knepper, NV Bar 12796
    Miles N. Clark, NV Bar 13848
    KNEPPER & CLARK LLC
    10040 W. Cheyenne Ave. #170-109
    Las Vegas, NV 89129

    David H. Krieger (9086)
    HAINES & KRIEGER, LLC
    8985 S. Eastern Ave., Suite 350
    Henderson, NV 89123

Attorneys for Plaintiff
Moharram Jafarian

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED February 14, 2018