| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| | Mark S. Blackman, Esq.. |
| 2 | Nevada Bar No. 13664 |
| | 7785 W. Sahara Ave., Suite 200 |
| 3 | Las Vegas, NV 89117 |
| 4 | (702) 475- 3820; Fax: (702) 946-1345 |
| | mblackman@wrightlegal.net |
| 5 | *Attorneys for Defendant, Sun Loan Company of Nevada, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MOHARRAM JAFARIAN, | Case No.: 2:17-cv-03132-APG-CWH |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |
| vs. | |
| CASHCALL, INC. EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.; SUN LOAN CO.; AND TRANS UNION LLC; | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff, Moharram Jafarian ("Plaintiff"), and Defendant, Sun Loan Company of Nevada, Inc. (erroneously served as Sun Loan Co.), (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On December 29, 2017, Plaintiff filed his Complaint [ECF No. 1]. Sun Loans was served with Plaintiff's Complaint on January 2, 2018. Sun Loans responsive pleading was due on January 23, 2018. The parties stipulated to extend Sun loans time to respond to the complaint.

Thereafter the parties have commenced discussing possible settlement of the above-entitled action.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Sun Loans to file its responsive pleading by two weeks to February 27, 2018.

///

///

///

This is the second stipulation for extension of time for Sun Loans to file its response to Plaintiff's Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 13th day of February,, 2018.
WRIGHT, FINLAY & ZAK, LLP

*/s Mark S. Blackman*
Mark S. Blackman, Esq..
Nevada Bar No. 13664
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; 3820; Fax: (702) 946-1345
mblackman@wrightlegal.net
*Attorneys for Defendant, Sun Loans*

DATED this 13th day of February, 2018.
KNEPPER & CLARK LLC

*/s Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
*Attorneys for Plaintiff, Moharram Jafarian*

**IT IS SO ORDERED.**

DATED February 14, 2018

_____
U.S. MAGISTRATE JUDGE