Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MOHARRAM JAFARIAN, <br><br> Plaintiff, <br><br> vs. <br><br> CASH CALL INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; PROFESSIONAL CREDIT SERVICES, INC.; SUN LOAN CO.; and TRANS UNION, LLC, <br><br> Defendants. | Case No.: 2:17-cv-03132-APG-CWH <br><br><br> **STIPULATION OF DISMISSAL OF SUN LOAN CO., WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Sun Loan Co., from the above captioned action, with prejudice. Each party will bear its own fees and costs.

STIPULATION OF DISMISSAL OF SUN LOAN CO., WITH PREJUDICE - 1

IT IS SO STIPULATED.
Dated this 21st day of May, 2018.

| | |
|---|---|
| /s/ *Miles N. Clark* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br><br> *Counsel for Plaintiff* | /s/ *Mark S. Blackman* <br> Mark Steven Blackman, Esq. <br> Nevada Bar No. 13664 <br> WRIGHT FINLAY AND ZAK, LLP <br> 7785 W. Sahara Ave, Suite 60 <br> Las Vegas, NV 89117 <br> Email: MBlackman@wrightlegal.net <br><br> *Counsel for Defendant* <br> *Sun Loan Co.* |
| /s/ *Andrew J. Sharples* <br> Jennifer L. Braster, Esq. <br> Nevada Bar No. 9982 <br> Andrew J. Sharples, Esq. <br> Nevada Bar No. 12866 <br> NAYLOR & BRASTER <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br> Email: jbraster@nblawnv.com <br> Email: asharples@nblawnv.com <br><br> *Counsel for Defendant* <br> *Experian Information Solutions, Inc.* | /s/ *Jason Revzin* <br> Jason Revzin, Esq. <br> Nevada Bar No. 8629 <br> LEWIS BRISBOIS BISGAARD & SMITH <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, NV 89118 <br> Email: Jason.revzin@lewisbrisbois.com <br><br> *Counsel for Defendant* <br> *Trans Union LLC* |

STIPULATION OF DISMISSAL OF SUN LOAN CO., WITH PREJUDICE - 2

/s/ *Bradley T. Austin*
Bradley T. Austin, Esq.
Nevada State Bar No. 13064
SNELL & WILMER LLP
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
Email: baustin@swlaw.com

*Counsel for Defendant
Equifax Information Services, LLC*

# ORDER GRANTING

# STIPULATION OF DISMISSAL OF SUN LOAN CO., WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: May 21, 2018.

*Jafarian v. Cashcall Inc. et al*
2:17-cv-03132-APG-CWH

STIPULATION OF DISMISSAL OF SUN LOAN CO., WITH PREJUDICE - 3